1   MARK R. MCDONALD (CA SBN 137001)
    MMcDonald@mofo.com
2   ROBERT B. HUBBELL (CA SBN 100904)
    RHubell@mofo.com
3   MATTHEW J. CAVE (CA SBN 280704)
    MCave@mofo.com
4   JOSEPH R. ROSNER (CA SBN 307126)
    JRosner@mofo.com
5   MORRISON & FOERSTER LLP
    707 Wilshire Blvd., Suite 6000
6   Los Angeles, California  90017-3543
    Telephone:  213.892.5200
7   Facsimile:   213.892.5454

8   Attorneys for Defendant
    BANC OF CALIFORNIA, INC.
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  IN RE BANC OF CALIFORNIA          SACV 17-00118 AG (DFMx)
    SECURITIES LITIGATION             consolidated with
                                      SACV 17-00138 AG (DFMx)
14

15                                    **DECLARATION OF MARK R.
                                      MCDONALD IN SUPPORT OF
16                                    DEFENDANTS' JOINT REQUEST
                                      FOR JUDICIAL NOTICE AND FOR
17                                    INCORPORATION OF
                                      DOCUMENTS BY REFERENCE**
18

19                                    Judge:   Honorable Andrew J. Guilford
                                      Date:    August 14, 2017
20                                    Time:    10:00 a.m.
                                      Place:   Department 10D
21

22

23

24

25

26

27

28

DECLARATION OF MARK R. MCDONALD

la-1353526

1    I, Mark R. McDonald, hereby declare and state as follows:

2    1.    I am a member of the California Bar and am admitted to practice

3    before this Court.  I am a partner with Morrison & Foerster LLP, counsel of record

4    for Defendant Banc of California, Inc. ("Company").  I have personal knowledge of

5    each of the matters set forth below, and, if called as a witness, I could and would

6    testify to each of them under oath.

7    2.    A true and correct copy of the Company's October 18, 2016 8-K, Ex.

8    99.3, as filed with the United States Securities and Exchange Commission ("SEC"),

9    is attached hereto as Exhibit 1.

10    3.    A true and correct copy of the Company's January 25, 2017 8-K, Ex.

11    99.3, as filed with the SEC, is attached hereto as Exhibit 2.

12    4.    A true and correct copy of the Company's January 25, 2017 8-K, Ex.

13    99.2, as filed with the SEC, is attached hereto as Exhibit 3.

14    5.    A true and correct copy of the Company's February 9, 2017 8-K, Ex.

15    99.2, as filed with the SEC, is attached hereto as Exhibit 4.

16    6.    A true and correct copy of the Company's 10-K for Fiscal Year 2014,

17    as filed with the SEC, is attached hereto as Exhibit 5.

18    7.    A true and correct copy of the Company's 10-K for Fiscal Year 2015,

19    as filed with the SEC, is attached hereto as Exhibit 6.

20    8.    A true and correct copy of the Company's 10-K for Fiscal Year 2016,

21    as filed with the SEC, is attached hereto as Exhibit 7.

22    9.    A true and correct copy of the Company's 10-Q for Third Quarter

23    2015, as filed with the SEC, is attached hereto as Exhibit 8.

24    10.    A true and correct copy of the Company's 10-Q for First Quarter 2016,

25    as filed with the SEC, is attached hereto as Exhibit 9.

26    11.    A true and correct copy of the Company's 10-Q for Second Quarter

27    2016, as filed with the SEC, is attached hereto as Exhibit 10.

28

DECLARATION OF MARK R. MCDONALD

la-1353526

1   12.   A true and correct copy of the Company's 10-Q for Third Quarter
2   2016, as filed with the SEC, is attached hereto as Exhibit 11.
3   13.   A true and correct copy of a blog post entitled "BANC: Extensive Ties
4   to Notorious Fraudster Jason Galanis Make Shares Un-Investible," posted on the
5   website *SeekingAlpha.com* by "Aurelius" on October 18, 2016, is attached hereto as
6   Exhibit 12.
7   14.   A true and correct copy of the Company's August 4, 2015 8-K, as filed
8   with the SEC, is attached hereto as Exhibit 13.
9   15.   A true and correct copy of the Company's September 20, 2016 8-K, as
10  filed with the SEC, is attached hereto as Exhibit 14.
11  16.   A true and correct copy of Kemper Corporation's September 22, 2016
12  8-K, as filed with the SEC, is attached hereto as Exhibit 15.
13  17.   A true and correct copy of an SEC Form 4 for James McKinney, dated
14  October 6, 2015, is attached hereto as Exhibit 16.
15  18.   A true and correct copy of an SEC Form 4 for James McKinney, dated
16  January 6, 2016, is attached hereto as Exhibit 17.
17  19.   A true and correct copy of an SEC Form 4 for James McKinney, dated
18  April 28, 2016, is attached hereto as Exhibit 18.
19  20.   A true and correct copy of an SEC Form 4 for James McKinney, dated
20  October 3, 2016, is attached hereto as Exhibit 19.
21  Executed on June 30, 2017, at Los Angeles, California.
22
23
24  _____
    Mark R. McDonald
25
26
27
28