UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 17-00118-AG (DFMx) | Date | May 23, 2018 |
|---|---|---|---|
| Title | In re Banc of California Securities Litigation | | |

Present: The Honorable    Douglas F. McCormick

| Nancy Boehme | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**    (In Chambers) Order re: Plaintiff's Motion to Compel Discovery from Non-Party Wilmer Hale (Dkt. 194)

Lead Plaintiff Iron Workers Local No. 25 Pension Fund ("Plaintiff") moves for an order compelling Non-Party Wilmer Cutler Pickering Hale & Dorr LLP ("Wilmer Hale") to produce any notes and memoranda memorializing the interviews it took in connection with its internal investigation on behalf of the Special Committee of Defendant Banc of California, Inc. ("Banc").[1]

The parties do not dispute the underlying facts, which can be briefly summarized. On October 18, 2016, a website posted an article by an anonymous writer that alleged that there were financial ties between Banc's then-CEO Sugarman and Jason Galanis, a convicted white-collar criminal. The article set in motion a chain of events that ultimately caused Banc's auditor, KPMG US LLP, to send a Section 10A letter demanding that Banc conduct an investigation. Banc created a Special Committee of its Board of Directors, which in turn hired Wilmer Hale. The investigation conducted by Wilmer Hale included interviews of 15 individuals. Wilmer Hale presented its findings to the Securities and Exchange Commission ("SEC"). Later, at the SEC's request, Wilmer Hale provided the SEC with oral summaries of its 15 interviews.

Plaintiff argues that Wilmer Hale's disclosure of summaries of the witness interviews acted to waive any work product or attorney-client privilege over any notes or memoranda memorializing those interviews. The Court agrees.

The Court finds the reasoning of United States v. Reyes, 239 F.R.D. 591 (N.D. Cal. 2006), to be applicable, and concludes that there is no meaningful distinction between Reyes and the facts presented here. In Reyes, a criminal defendant sought interview memoranda and attorney notes

---

[1] These notes and memoranda are also the subject of a broader motion filed by Defendant Steven A. Sugarman. See Dkt. 198. That motion will be addressed separately.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 17-00118-AG (DFMx) | Date | May 23, 2018 |
|---|---|---|---|
| Title | In re Banc of California Securities Litigation | | |

created by law firms hired by the company's Audit Committee to conduct an internal investigation into the company's stock-option practices. The attorneys provided the SEC and the U.S. Department of Justice with oral briefings about the interviews. The district court held that the attorneys waived the work product and attorney-client privileges by disclosing the substance of their investigative interviews to the government. Id. at 602.

Banc argues that the scope of Wilmer Hale's investigation is broader than Plaintiff's allegations, and accordingly urges the Court to allow Wilmer Hale to redact the non-pertinent portions of its investigation. The Court declines to do so. As this Court has previously recognized, the events leading up to Sugarman's resignation in January 2017 are within the scope of permissible discovery in this case. See Dkt. 146 at 2. Wilmer Hale's February 2017 report to Banc's full Board of Directors identified Sugarman's resignation as a "remedial measure" arising out of the Special Committee's investigation. See Tuey Decl., Exh. BB.

Accordingly, Plaintiff's motion is GRANTED and Wilmer Hale is ORDERED to produce said notes and memoranda within fourteen (14) days of the date of this order. Attorney notes may be redacted to the extent that the notes contain attorney work product unrelated to the witness interview. Any redactions shall be reflected on a redaction log that is provided with the document production.

                                                          :
                                    Initials of Clerk    nb