# EXHIBIT 4

# CONDITIONALLY FILED UNDER SEAL