MARK R. MCDONALD (CA SBN 137001)
MMcDonald@mofo.com
ROBERT B. HUBBELL (CA SBN 100904)
RHubbell@mofo.com
ASHLEIGH LANDIS (CA SBN 281601)
ALandis@mofo.com
JULIUS J. NAM (CA SBN 288961)
JNam@mofo.com
ZAINAB A. ALI (CA SBN 323187)
ZAli@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
BANC OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE BANC OF CALIFORNIA SECURITIES LITIGATION | SACV 17-00118 AG (DFMx)<br>consolidated with<br>SACV 17-00138 AG (DFMx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT BANC OF CALIFORNIA, INC. AND HALLE BENETT'S REQUEST FOR SEALING IN SUPPORT OF DEFENDANT STEVEN SUGARMAN'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANT STEVEN SUGARMAN'S SUPPLEMENTAL RESPONSE TO DEFENDANT BANC OF CALIFORNIA, INC.'S STATUS REPORT REGARDING APPLICATIONS TO FILE UNDER SEAL |

[PROPOSED] ORDER GRANTING BANC OF CALIFORNIA'S AND HALLE BENETT'S REQUEST FOR SEALING IN SUPPORT OF APPLICATION TO FILE UNDER SEAL PORTIONS OF SUPPLEMENTAL RESPONSE

la-1410103

1   THIS MATTER comes before this Court upon Defendant Banc of California,
Inc.'s and Halle Benett's Request for Sealing and Defendant Steven A. Sugarman's
Application for Leave to File Under Seal Portions of Defendant Steven Sugarman's
Supplemental Response to Defendant Banc of California, Inc.'s Status Report
Regarding Applications to File Under Seal (Dkt. No. 512).

Upon review of Defendant Banc of California, Inc. and Halle Benett's
Request for Sealing, Defendant Steven A. Sugarman's Application for Sealing, and
the supporting declarations, the Court hereby finds good cause to GRANT the
Request for Sealing and the Application for Sealing as follows:

Defendant Sugarman shall file under seal portions of Defendant Steven
Sugarman's Supplemental Response to Defendant Banc of California, Inc.'s Status
Report Regarding Applications to File Under Seal (Dkt. No. 512).

Dated: March 5, 2019

_____
HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE