UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SA CV 17-00118-AG (DFM) | Date: | March 14, 2019 |
|---|---|---|---|
| Title | In re Banc of California Securities Litigation | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order re Outstanding Issues

    The Court is in receipt of several discovery-related <u>ex parte</u> applications, motions, and sealing requests. These filings are now under submission. <u>See</u> L.R. 7-15. The Court will rule on them after the moratorium issued by the District Judge expires on September 2, 2019.

    In the meantime, the parties should meet-and-confer to try and work through the outstanding issues. Closer to September, the Court will schedule a telephonic case management conference to discuss how to efficiently and effectively dispose of whatever remains unresolved.