JS-5

**STAYED LIFTED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No.: SA CV 17-118-AG (DFMx) consolidated with SA CV 17-138-AG (DFMx)<br><br>ORDER GRANTING LEAD PLAINTIFF IRON WORKER LOCAL NO. 25 PENSION FUND'S APPLICATION TO EXCEED PAGE LIMITS FOR ITS MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; (2) APPROVAL OF PLAN OF ALLOCATION; (3) AWARD OF ATTORNEYS' FEES AND EXPENSES; AND (4) AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §78u-4(a)(4) [597] |

Having considered Lead Plaintiff Iron Workers Local No. 25 Pension Fund's Application to Exceed Page Limits for its Motion for (1) Final Approval of Class Action Settlement; (2) Approval of Plan of Allocation; (3) Award of Attorneys' Fees and Expenses; and (4) Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4) and accompanying Memorandum of Points and Authorities ("Plaintiff's Motion"), and good cause appearing,

IT IS ORDERED that Lead Plaintiff is GRANTED leave to file Plaintiff's Motion eight pages in excess of the Court's page limits under Local Rule 11-6. Further, the stay in this matter is LIFTED.

DATED: February 26, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -