1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION | No. SA CV 17-118-DMG (DFMx) consolidated with SA CV 17-138-DMG (DFMx) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT STEVEN A. SUGARMAN [616] |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Having reviewed the Stipulation of Dismissal with Prejudice as to Defendant

2  Steven A. Sugarman,

3    IT IS HEREBY ORDERED THAT:

4    The stipulation is approved.    The claims against Defendant Steven A.

5  Sugarman are hereby dismissed with prejudice.

6

7  DATED:  August 31, 2020

   DOLLY M. GEE

8  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28