HARDER STONEROCK LLP
DILAN A. ESPER (CA Bar No. 178293)
EMMANUEL FUA (CA Bar No. 284563)
8383 Wilshire Blvd., Suite 526
Beverly Hills, California 90211
Telephone: (424) 203-1600
Facsimile: (424) 203-1601
Email: DEsper@HarderLLP.com
Email: EFua@HarderLLP.com

*Attorneys Muddy Waters Capital LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re BANC OF CALIFORNIA SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 8:17-cv-00118-DMG (DFMx)<br><br>CLASS ACTION<br><br>**NON-PARTY MUDDY WATERS CAPITAL LLC'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AND CONTEMPT ORDER AGAINST DEFENDANT STEVE A. SUGARMAN AND LATHAM & WATKINS LLP**<br><br>Date: December 1, 2023<br>Time: 9:30 A.M.<br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C |
|---|---|

**TO STEVEN A. SUGARMAN AND LATHAM & WATKINS LLP:**

**PLEASE TAKE NOTICE** that on December 1, 2023, at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8C, 8th Floor, of the United States Courthouse, 350 West 1st Street, Los Angeles, CA 900012, Non-Parties Muddy Waters Capital LLC and MLAF LP (together, "Muddy Waters") will and hereby do move this Court for an order (1) holding Defendant Steven A. Sugarman ("Sugarman") and his counsel Latham & Watkins LLP ("Latham") in contempt of court due to Sugarman and Latham's violations of the Stipulated Protective Order entered by this Court on November 13, 2017 (Dkt. 83); (2) issuing an award of attorneys' fees and costs to Muddy Waters pursuant to Federal Rules of Civil Procedure 16(f), 37(b)(2)(A), and the Court's inherent power; (3) requiring Sugarman and Latham to: (i) destroy all copies and be enjoined from any further use of any document from or derived from Muddy Waters' Attorneys' Eyes Only ("AEO") document production in this matter (the "Document Production"); (ii) destroy all copies of and be enjoined from further use of the Confidential Charles Lee Expert Report, dated February 22, 2019 (the "Expert Report"); (iii) comply with the written certification of destruction requirements in Section IX of the Protective Order for the Document Production and Expert Report; (iv) provide the Muddy Waters and the Court with a list of all parties who received unauthorized copies of the Expert Report and/or Document Production; (v) produce to Muddy Waters and the Court all transmittal emails or letters enclosing the Expert Report and/or Document Production to any party not authorized under the Protective Order to receive the same; (vi) comply with the remedial steps set forth in Section IV of the Protective Order for each party who received unauthorized copies of the Expert Report and/or Document Production; and (4) awarding any further relief this Court deems just and proper.

Muddy Waters further applies for an order permitting that it take discovery pursuant to the Federal Rules of Civil Procedure to establish the contumacious conduct of Sugarman and Latham, as well as its extent and the damage done by it.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support, the Declarations of Adam A. Levine and Carson Block and accompanying exhibits filed concurrently herewith, the pleadings and records on file in this action and the related action, *In re Subpoenas to Produce Documents, Information, or Objects to Muddy Waters, et al.*, Case No. 2:18-mc-00147-AG (DFMx) (C.D. Cal.), and any such other and further argument and evidence as may be presented at or before the hearing on this matter.

This motion is made following multiple conferences of counsel pursuant to L.R. 7-3, the most recent of which took place on October 11, 2023.

Dated: October 20, 2023          HARDER STONEROCK LLP

By: */s/ Dilan A. Esper*
     DILAN A. ESPER
     *Attorneys for Muddy Waters Capital LLC*

# CERTIFICATE OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 8383 Wilshire Blvd., Suite 526, Beverly Hills, California 90211.

On October 20, 2023, I served true copies of the following documents described as:

**NON-PARTY MUDDY WATERS CAPITAL LLC'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AND CONTEMPT ORDER AGAINST DEFENDANT STEVE A. SUGARMAN AND LATHAM & WATKINS LLP**

On the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent to the persons at the email addresses listed in the Service List below. I did not received within a reasonable time after the transmission any electrical message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correction and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 20, 2023, at Beverly Hills, California.

_____
Marcie Moreno

-4-
MUDDY WATERS' NOTICE OF MOTION AND MOTION FOR SANCTIONS AND CONTEMPT

# SERVICE LIST

| | |
|---|---|
| Latham & Watkins LLP<br>Manual (Manny) A. Abascal<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>manny.abascal@lw.com | *Attorneys for Latham & Watkins LLP* |
| Michelman & Robinson, LLP<br>Mona Hanna<br>17901 Von Karman Ave., 10th Floor<br>Irvine, CA 92614<br>MHanna@mrllp.com | *Attorneys for Defendant*<br>*Steven A. Sugarman* |