# EXHIBIT E



Adam Levine <adam.l.levine45@gmail.com>

# Professor Joshua Mitts Expert Report
1 message

**Adam Levine** <adam.l.levine45@gmail.com> Wed, Jun 15, 2022 at 1:27 PM
To: Evan Hughes <evanhughes@gmail.com>

Evan:

Attached is the expert report prepared on behalf of the Banc of California by Professor Joshua Mitts which has been reported on by the ***Wall Street Journal*** and ***Reuters***. As long as you don't cite us as your source for this document, please use as you see fit.

Adam


**2019.04.05 Mitts Report.pdf**
3693K