# EXHIBIT F



Adam Levine <adam.l.levine45@gmail.com>

## 9am PDT/ Noon EDT Tomorrow
1 message

**Adam Levine** <adam.l.levine45@gmail.com>  Tue, Aug 9, 2022 at 4:27 PM
To: Evan Hughes <evanhughes@gmail.com>

Work for a call with Sugarman?