# EXHIBIT G

 Adam Levine <adam.l.levine45@gmail.com>

## Fwd:
1 message

**Adam Levine** <adam.l.levine45@gmail.com>  Tue, Sep 27, 2022 at 2:52 PM
To: Evan Hughes <evanhughes@gmail.com>

Begin forwarded message:

**From:** Steven Sugarman <sugarman@thechangecompany.com>
**Date:** September 27, 2022 at 1:59:44 PM PDT
**To:** Adam Levine <adam.l.levine45@gmail.com>

Here is the tweet the morning of the first blog where Aurelius does an "@muddywatersRE" pretending muddy didn't write the article and pretending to be bringing it to Muddy's attention… And then Rota Fortunae retweets it to amplify the message and to have Muddy have a chance to pretend multipe people asking asking for his view as if he didn't write it…



**Steven Sugarman**
Founder

17351 W. Sunset Blvd, Suite 1A
Pacific Palisades, CA 90272

phone:  (323) 329-8314
cell:    (310) 433-1066

sugarman@thechangecompany.com

**Blake Brooks**
Executive Assistant

phone:  (310) 310-0514
blake.brooks@thechangecompany.com



 CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged or otherwise confidential. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail and destroy the original transmission and its attachments without reading them or saving them to disk. Please be advised that we do not retain copies of emails. Thank you.