MONA Z. HANNA, ESQ. (SBN 131439)
  mhanna@mrllp.com
SAMANTHA A. DRYSDALE, ESQ. (SBN 307233)
  sdrysdale@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:  (714) 557-7990
Facsimile:   (714) 557-7991

Attorneys for
STEVEN A. SUGARMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION, <br><br> This Document Relates To:, <br><br> ALL ACTIONS. | Case No.: 8:17-cv-00118-DMG (DFMx) <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF MONA Z. HANNA, ESQ. IN SUPPORT OF NON-PARTY MUDDY WATERS CAPITAL LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS** <br><br> Date:     December 1, 2023 <br> Time:    9:30 A.M. <br> Judge:   Hon. Dolly M. Gee <br> Courtroom:  8C |

## DECLARATION OF MONA Z. HANNA

I, Mona Z. Hanna, declare as follows:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court. I am a partner in Michelman & Robinson, LLP, counsel of record for STEVEN A. SUGARMAN ("Sugarman") in this lawsuit. I have personal knowledge of the facts and circumstances declared herein, and I could and would testify competently to them if called upon to do so.

2. Pursuant to Civil Local Rule 79-5.2.2, Steven Sugarman does not oppose Muddy Waters Capital LLC ("Muddy Waters") Application for Leave to File Under Seal Documents in Support of a Motion for Sanctions and Contempt Against Defendant Steve A. Sugarman and Latham & Watkins LLP ("Application").

3. Steven Sugarman concurs with sealing Exhibit 2 to the Application (Exhibit D to the Declaration of Adam L. Levine) which is an email from defendant Steven Sugarman to the Anderson Kill firm and Adam Levine attaching the Expert Report (the "Transmittal Emails"). Good cause supports sealing this document as it is protected by attorney client privilege. *United States v. Sanmina Corporation,* 968 F.3d 1107, 1116 (9th Cir. 2020) ("The attorney-client privilege may extend to communications with third parties who have been engaged to assist the attorney in providing legal advice," [ ] as well as to communications with third parties "acting as agent" of the client."); *Guidiville Rancheria of California v. United States,* 2013 WL 6571945, at *9 (N.D. Cal., Dec. 13, 2013, No. 12-CV-1326 YGR) ("The document is covered by the attorney-client privilege, which establishes compelling reasons for sealing it from the public record.").

/ / /

/ / /

/ / /

/ / /

**DECLARATION OF MONA Z. HANNA, ESQ. IN SUPPORT OF NON-PARTY MUDDY WATERS CAPITAL LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS**

1    I declare under penalty and perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3    Executed on this 25th day of October 2023, in Irvine, California.
4
5      */s/ Mona Z. Hanna*
         Mona Z. Hanna
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

-3-
**DECLARATION OF MONA Z. HANNA, ESQ. IN SUPPORT OF NON-PARTY MUDDY WATERS CAPITAL LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS**