MONA Z. HANNA, ESQ. (SBN 131439)
 mhanna@mrllp.com
SAMANTHA A. DRYSDALE, ESQ. (SBN 307233)
 sdrysdale@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:  (714) 557-7990
Facsimile:   (714) 557-7991

MARC R. JACOBS, ESQ. (SBN 185924)
 mjacobs@mrllp.com
JESSE J. CONTRERAS, ESQ. (SBN 190538)
 jcontreras@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
Tel: (310) 299-5500
Fax: (310) 299-5600

Attorneys for
STEVEN A. SUGARMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No.: 8:17-cv-00118-DMG (DFMx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF ERRATA REGARDING DEFENDANT STEVEN A. SUGARMAN'S OPPOSITION TO NON-PARTY MUDDY WATERS CAPITAL LLC'S MOTION FOR SANCTIONS AND CONTEMPT ORDER**<br><br>Date:   December 15, 2023<br>Time:   9:30 A.M.<br>Judge:  Hon. Dolly M. Gee<br>Courtroom:  8C |

NOTICE OF ERRATA REGARDING DEFENDANT STEVEN A. SUGARMAN'S OPPOSITION TO NON-PARTY MUDDY WATERS CAPITAL LLC'S MOTION FOR SANCTIONS AND CONTEMPT ORDER

# NOTICE OF ERRATA

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendant Steven A. Sugarman ("Sugarman") submits this Errata with respect to Sugarman's filed Opposition to Non-Party Muddy Waters Capital LLC's ("Muddy Waters") Motion for Sanctions and Contempt Order against Defendant Steve A. Sugarman and Latham & Watkins LLP (Docket No. 637). Sugarman inadvertently did not include the Certificate of Compliance in accordance with Local Rule 11-6.1.  Attached as Exhibit A is the Certificate of Compliance.

Respectfully submitted.

Dated: November 27, 2023              **MICHELMAN & ROBINSON, LLP**

By:     /s/ Marc R. Jacobs
MONA Z. HANNA
MARC R. JACOBS
JESSE J. CONTRERAS
SAMANTHA A. DRYSDALE
Attorneys for Defendant
STEVEN A. SUGARMAN