# EXHIBIT A

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Latham & Watkins LLP, certifies that this brief contains 6,806 words and 21 pages, which complies with the word limit of L.R. 11-6.1 and the Initial Standing Order of the Hon. Dolly M. Gee.

Dated: November 27, 2023          **MICHELMAN & ROBINSON, LLP**

By: */s/ Marc R. Jacobs*
 MARC R. JACOBS (Bar No 185924)
 Attorneys for Defendant
 STEVEN A. SUGARMAN