HARDER STONEROCK LLP
DILAN A. ESPER (CA Bar No. 178293)
6300 Wilshire Blvd., Suite 640
Los Angeles, California 90048
Telephone: (424) 203-1600
Facsimile: (424) 203-1601
Email: DEsper@HarderLLP.com

*Attorneys for Nonparty*
*Muddy Waters Capital LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 8:17-cv-00118-DMG (DFMx)<br><br>CLASS ACTION<br><br>**STATUS REPORT AND REQUEST FOR RULING RE MOTION FOR SANCTIONS AND CONTEMPT ORDER**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C |

STATUS REPORT AND REQUEST FOR RULING RE MOTION FOR SANCTIONS

Third Party Muddy Waters Capital LLC ("Muddy Waters") files the following status report with respect to the pending proceeding on its Motion for Sanctions And Contempt Order Against Steven A. Sugarman and Latham & Watkins LLP.

Muddy Waters' motion was filed on October 23, 2023 [Dkt. 623]. Briefing was concluded on December 1, 2023 [Dkt. 645]. On December 14, 2023, this Court determined that the motion would be decided on the papers without oral argument [Dkt. 649].

Since December 14, 2023, there have been several developments involving the parties. Most notably, on June 3, 2024, the Minnesota Court of Appeals decided the case of *Sugarman v. Muddy Waters Capital, LLC*, 2024 WL 2813944 (Minn. App. Jun. 3, 2024). The Minnesota Court of Appeals affirmed a trial court ruling that Mr. Sugarman's suit brought against Muddy Waters Capital in Minnesota was brought in an inconvenient forum and was properly dismissed. The Court held that Sugarman's suit could properly have been brought in California where he is located rather than in Minnesota, a jurisdiction with no relationship to the parties and witnesses. (Muddy Waters is officed in Texas.) This dismissal buttresses the point made in footnote 5 of Muddy Waters' moving papers that Sugarman is litigious has filed numerous inappropriate lawsuits against Muddy Waters which have been dismissed.

Additionally, Sugarman filed suit in California Superior Court against his former employee Adam Levine, who submitted a declaration on Muddy Waters' behalf in this action [Dkt. 623-6]. As part of that suit, Sugarman sought discovery from Muddy Waters and his lawyers. In a response to a motion to protective order, the Court entered severe restrictions, far beyond the usual provisions of a protective order, on Sugarman's use of the documents, thereby implicitly accepting Muddy Waters' argument that Sugarman had violated this Court's protective order and is not to be trusted. A copy of that order is attached hereto as Exhibit 1.

Given the time that has elapsed and the danger that Sugarman's litigious conduct continues to pose, Muddy Waters respectfully requests that this Court rule on

its motion for sanctions and a contempt order.

Dated: October 3, 2024              HARDER STONEROCK LLP

By: */s/ Dilan A. Esper*
    DILAN A. ESPER
*Attorneys for Nonparty*
*Muddy Waters Capital LLC*