MONA Z. HANNA, ESQ. (SBN 131439)
 mhanna@mrllp.com
SAMANTHA A. DRYSDALE, ESQ. (SBN 307233)
 sdrysdale@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:  (714) 557-7990
Facsimile:   (714) 557-7991

MARC R. JACOBS, ESQ. (SBN 185924)
 mjacobs@mrllp.com
JESSE J. CONTRERAS, ESQ. (SBN 190538)
 jcontreras@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
Tel: (310) 299-5500
Fax: (310) 299-5600

Attorneys for
STEVEN A. SUGARMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No.: 8:17-cv-00118-DMG (DFMx)<br><br><u>CLASS ACTION</u><br><br>**DEFENDANT STEVEN A. SUGARMAN'S RESPONSE TO MUDDY WATERS CAPITAL LLC'S STATUS REPORT AND REQUEST FOR RULING RE MOTION FOR SANCTIONS AND CONTEMPT ORDER**<br><br>Judge:   Hon. Dolly M. Gee<br>Crtrm:   8C |

**DEFENDANT'S RESPONSE TO MUDDY WATERS CAPITAL LLC'S STATUS REPORT AND REQUEST FOR RULING RE MOTION FOR SANCTIONS AND CONTEMPT ORDER**

      The Court should disregard Muddy Waters Capital LLC's ("Muddy Waters") October 3, 2024 Status Report And Request For Ruling Re Motion For Sanctions And Contempt Order ("Status Report") as an improper supplemental filing. *See* Local Rule 7-10. The Status Report is meritless and its' characterizations of procedural motions in other litigation matters are misleading and irrelevant.

      For instance, in *Levine vs. The Change Company CDFI* LLC, pending in Orange County Superior Court, Case No. 30-2023-01331710-CU-WT-NJC, Judge Vu ordered Muddy Waters to produce documents it had refused to produce and expressly rejected Muddy Waters' request that Sugarman post a bond to ensure his compliance with a proposed protective order because Muddy Waters "[did not show] that the confidentiality protective order in the federal case has not been effective." Dkt. 651-1 at 7-8.

      Sugarman respectfully requests the Court disregard the Status Report.

Dated: October 7, 2024                    **MICHELMAN & ROBINSON, LLP**

                                        By:   */s/ Marc R. Jacobs*
                                              MONA Z. HANNA
                                              MARC R. JACOBS
                                              JESSE J. CONTRERAS
                                              SAMANTHA A. DRYSDALE
                                              Attorneys for Defendant
                                              STEVEN A. SUGARMAN

1

**DEFENDANT'S RESPONSE TO MUDDY WATERS CAPITAL LLC'S STATUS REPORT AND REQUEST FOR RULING RE MOTION FOR SANCTIONS AND CONTEMPT ORDER**