HARDER STONEROCK LLP
DILAN A. ESPER (CA Bar No. 178293)
6300 Wilshire Blvd., Suite 640
Los Angeles, California 90048
Telephone: (424) 203-1600
Facsimile: (424) 203-1601
Email: DEsper@HarderLLP.com

*Attorneys for Nonparty*
*Muddy Waters Capital LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 8:17-cv-00118-DMG (DFMx)<br><br>CLASS ACTION<br><br>**STATUS REPORT RE: UNSEALING OF COURT'S SEPTEMBER 30 ORDER**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C |

STATUS REPORT AND REQUEST FOR RULING RE MOTION FOR SANCTIONS

Third Party Muddy Waters Capital LLC ("Muddy Waters") files the following status report with respect to the unsealing of the Court's September 30, 2024 sanctions and contempt order (Dkt. 654).

The Court directed the parties to file a joint statement if either side wished portions of the order to be sealed. If no statement was filed, the Court indicated its intention to unseal the order. Dkt. 654 at 14-15. No statement was filed, because neither party indicated a desire for portions of the order to remain under seal.

Accordingly, Muddy Waters respectfully requests the Court unseal the September 30, 2024 sanctions and contempt order in its entirety.

Dated: October 24 2024          HARDER STONEROCK LLP

                                By: */s/ Dilan A. Esper*
                                    DILAN A. ESPER
                                    *Attorneys for Nonparty*
                                    *Muddy Waters Capital LLC*