LATHAM & WATKINS LLP
Manuel A. Abascal (Bar No. 171301)
  *manny.abascal@lw.com*
Nathan M. Saper (Bar No. 294492)
  *nathan.saper@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

*Attorneys for Respondent Latham & Watkins LLP*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | CASE NO. 8:17-cv-00118-DMG (DFMx)<br><br>CLASS ACTION<br><br>**DECLARATION OF NATHAN M. SAPER IN SUPPORT OF LATHAM & WATKINS LLP'S PARTIAL OPPOSITION TO NONPARTY MUDDY WATERS CAPITAL LLC'S REQUEST TO SET AMOUNT OF ATTORNEYS' FEES** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF NATHAN M. SAPER
IN SUPPORT OF LATHAM & WATKINS
LLP'S PARTIAL OPPOSITION

I, Nathan M. Saper, hereby declare and state as follows:

1. I am a member of the State Bar of California. I am an attorney with the law firm of Latham & Watkins LLP ("Latham"), counsel to Latham in this matter. I have personal knowledge of all the matters referred to herein and, if called upon to do so, could and would competently testify truthfully with respect thereto. I make this declaration in support of Latham's Partial Opposition To Nonparty Muddy Waters Capital LLC's ("Muddy Waters") Request To Set Amount Of Attorneys' Fees.

2. Attached hereto is **Exhibit 1**, which is a chart I created based on my review of (a) the Declaration of Dylan A. Esper and Exhibits A–M thereto, (b) the Declaration of Patrick Strawbridge and Exhibits A–H thereto, and (c) the Declaration of Ambika Kumar and Exhibit C thereto. I have listed the entries in each Exhibit or Declaration as to which Latham opposes Muddy Waters' request for fees, those that Latham does not oppose, and the totals for each.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 4, 2024 at Los Angeles, California.

_____
Nathan M. Saper

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DECLARATION OF NATHAN M. SAPER
IN SUPPORT OF LATHAM & WATKINS
LLP'S PARTIAL OPPOSITION

# Exhibit 1

| Invoice / Time Entry | Amount | Opposed | Amount Opposed | Amount Not Opposed |
|---|---|---|---|---|
| **Esper Declaration** | | | | |
| June 2023 Invoice (Ex. A) | $ 58,297.15 | No | | $ 58,297.15 |
| July 2023 Invoice (Ex. B) | $ 28,575.00 | No | | $ 28,575.00 |
| August 2023 Invoice (Ex. C) | $ 25,435.19 | No | | $ 25,435.19 |
| September 2023 Invoice (Ex. D) | $ 29,632.85 | No | | $ 29,632.85 |
| October 2023 Invoice (Ex. E) | $ 74,440.67 | Yes in part | | |
|     - 10/23 | | | $ 2,075.00 | |
|     - 10/24 | | | $ 3,925.00 | |
|     - 10/25 | | | $ 5,787.00 | |
|     - 10/26 | | | $ 3,925.00 | |
|     - 10/27 | | | $ 1,312.50 | |
|     - 10/30 | | | $ 1,912.50 | |
|     - 10/31 | | | $ 1,125.00 | $ 54,378.67 |
| November 2023 Invoice (Ex. F) | $ 56,652.05 | Yes in part | | |
|     - 11/1 | | | $ 850.00 | |
|     - 11/7 | | | $ 1,487.50 | |
|     - 11/8 | | | $ 1,650.00 | |
|     - 11/10 | | | $ 1,062.50 | |
|     - 11/14 | | | $ 1,275.00 | |
|     - 11/15 | | | $ 1,275.00 | |
|     - 11/20 | | | $ 425.00 | $ 48,627.05 |
| December 2023 Invoice (Ex. G) | $ 21,917.69 | No | | $ 21,917.69 |
| January 2024 Invoice (Ex. H) | $ 6,800.00 | Yes | $ 6,800.00 | 0 |
| February 2024 Invoice (Ex. I) | $ 4,125.00 | Yes | $ 4,125.00 | 0 |
| March 2024 Invoice (Ex. J) | $ 425.00 | Yes | $ 425.00 | 0 |
| May 2024 Invoice (Ex. K) | $ 2,250.00 | Yes in part | | |
|     - 5/1 | | | $ 187.50 | |
|     - 5/9 | | | $ 375.00 | |
|     - 5/10 | | | $ 1,312.50 | $ 375.00 |
| June 2024 Invoice (Ex. L) | $ 7,987.50 | Yes | $ 7,987.50 | 0 |
| July 2024 Invoice (Ex. M) | $ 5,429.35 | Yes | $ 5,429.35 | 0 |
| | | | | |
| Time Spent Preparing Esper Decl. | $ 9,000.00 | No | | $ 9,000.00 |
| | | | | |
| **TOTAL** | **$ 330,967.45** | | **$ 54,728.85** | **$ 276,238.60** |
| | | | | |
| **Strawbridge Declaration** | $ 136,840.48 | Yes | $ 136,840.48 | 0 |
| **Kumar Declaration** | $ 691,943.84 | Yes | $ 691,943.84 | 0 |
| | | | | |
| **TOTAL** | **$ 828,784.32** | | **$ 828,784.32** | 0 |