MONA Z. HANNA, ESQ. (SBN 131439)
 mhanna@mrllp.com
SAMANTHA A. DRYSDALE, ESQ. (SBN 307233)
 sdrysdale@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:  (714) 557-7990
Facsimile:   (714) 557-7991

Attorneys for
STEVEN A. SUGARMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No.: 8:17-cv-00118-DMG (DFMx)<br><br>CLASS ACTION<br><br>**DECLARATION OF STEVEN SUGARMAN** |

## **DECLARATION OF STEVEN SUGARMAN**

I, Steven Sugarman, hereby declare as follows:

1. I am currently, and all relevant times been over the age of 18 years old. The facts set forth below are based on my personal knowledge and if properly called to testify as a witness, I could and would competently testify thereto.

### Abiding By the Protective Order

2. On or around February 22, 2019, Charles Lee issued a report regarding his opinion as to what caused the stock price to decline on October 18, 2016 when

the SeekingAlpha.com website published a blog post about Banc of California ("Lee Report").

3. I have searched for all copies of the Lee Report in my possession, including hard copies, electronic copies, and any summaries thereof. Pursuant to Section IX, I have destroyed any copies of the Lee Report in my possession and affirm that no copies, abstracts, compilation, summaries, or any other format reproducing or capturing the Lee Report are in my possession.

4. Pursuant to Section VI of the Protective Order, I, through my counsel, notified any third parties who *may* have received a copy of the Lee Report. Out of an abundance of caution, I have notified all persons identified by Adam Levine as having *potentially* received the Lee Report. I have requested that any third parties who received the Lee Report execute the Agreement to Be Bound by the Protective Order (Exhibit A) as well as destroy any copies they may have received.

5. I, through my counsel, made best efforts to follow up with said third parties in the event a response was not received.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 6, 2024 _____, at Los Angeles, California.

Signed by:
Steven Sugarman
Steven Sugarman

-2-
DECLARATION OF STEVEN SUGARMAN