# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | CASE NO. SA CV 17-00118-DMG (DFMx)<br><br>CLASS ACTION<br><br>**ORDER GRANTING LATHAM & WATKINS LLP'S APPLICATION TO FILE UNDER SEAL DECLARATION OF MANUEL A. ABASCAL IN RESPONSE TO OCTOBER 7, 2024 ORDER [662]** |

The Court, having considered Respondent Latham & Watkins LLP's ("Latham") Application for Leave to File Under Seal Portions of the Declaration of Manuel A. Abascal in Response to this Court's October 7, 2024 Order, hereby **GRANTS** the Application pursuant to Local Rule 79-5. Pursuant to Local Rule 79-5.2.2(c), Latham shall e-file the unredacted document(s) consistent with this Order within three (3) days of this Order.

**IT IS SO ORDERED**

DATED: December 12, 2024

_____
DOLLY M. GEE
CHIEF U.S DISTRICT JUDGE