HARDER STONEROCK LLP
DILAN A. ESPER (CA Bar No. 178293)
6300 Wilshire Blvd., Suite 640
Los Angeles, California 90048
Telephone: (424) 203-1600
Facsimile: (424) 203-1601
Email: DEsper@HarderLLP.com

*Attorneys for Nonparty*
*Muddy Waters Capital LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 8:17-cv-00118-DMG (DFMx)<br><br>CLASS ACTION<br><br>**NOTICE OF MUDDY WATERS CAPITAL LLC'S INTENTION TO DISCONTINUE SEEKING A MONETARY AWARD AGAINST LATHAM & WATKINS LLP**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C |

Third Party Muddy Waters Capital LLC ("Muddy Waters") hereby notifies this Court that it no longer intends to seek a monetary award against Latham & Watkins LLP ("Latham") for Latham's contempt of court, but is continuing to seek a monetary award against Steven Sugarman and urges the Court to make such an award.

On September 30, 2024 (Dkt. 654), this Court entered an order holding that both Sugarman and his former counsel Latham were in contempt of court for their conduct relating to the disclosure of sensitive, private information that Muddy Waters had produced in third party discovery and marked "attorneys eyes only". The Court has before it submissions from Muddy Waters, Sugarman, and Latham, filed on October 21, 2024 and November 4, 2024 (Dkt. Nos. 655, 658, and 659) regarding the amounts that it should award to Muddy Waters as a contempt sanction.

Latham and Muddy Waters have recently resolved their dispute. This resolution in no way affects Sugarman, and Muddy Waters continues to reserve all of its claims and its rights against Sugarman.

Accordingly, Muddy Waters is notifying this Court that Muddy Waters is not seeking any monetary relief against Latham, notwithstanding its October 21, 2024 filing, and asks that this Court not enter any order fixing any amount of contempt sanctions against Latham.

However, Muddy Waters respectfully requests that the Court (1) leave the September 30, 2024 order finding Latham and Sugarman in contempt in place in its entirety, and (2) enter an order fixing the amount of monetary contempt sanctions against Sugarman in the amount of $1,159.751.77, as set forth in the Declaration of Dilan A. Esper and supporting documents filed October 21, 2024 (Dkt. 655).

Dated: May 22, 2025                                HARDER STONEROCK LLP

By: */s/ Dilan A. Esper*
    DILAN A. ESPER
    *Attorneys for Nonparty*
    *Muddy Waters Capital LLC*