MONA Z. HANNA, ESQ. (SBN 131439)
mhanna@mrllp.com
SAMANTHA A. DRYSDALE, ESQ. (SBN 307233)
sdrysdale@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, 10th Floor
Irvine, CA 92614
T: (714) 557-7990
F: (714) 557-7991

MARC R. JACOBS, ESQ. (SBN 185932)
mjacobs@mrllp.com
JESSE J. CONTRERAS, ESQ. (SBN 190538)
jcontreras@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
T: (310) 299-5500
F: (310) 299-5600

Attorneys for STEVEN A. SUGARMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS. | CASE NO.: 8:17-cv-00118-DMG (DFMx)<br><br><u>CLASS ACTION</u><br><br>**DEFENDANT STEVEN A. SUGARMAN'S OBJECTION TO "STATUS REPORT AND REQUEST FOR STATUS OF ATTORNEY'S FEES APPLICATION" [DKT. 678] IMPROPERLY SUBMITTED BY NONPARTY MUDDY WATERS CAPITAL LLC.**<br><br>Judge:   Hon. Dolly M. Gee<br>Crtrm:   8C |

Defendant Steven A. Sugarman hereby objects to Non-Party Muddy Waters Capital LLC's ("Muddy Waters") improper submission of a "Status Report and Request for Status of Attorney's Fees Application" which purports to offer additional, irrelevant evidence and argument in support of its declaration supporting its claim for attorney's fees in violation of the Court's order granting its motion for sanctions.

Specifically, in connection with its order granting Muddy Waters' request for sanctions (the "Order"), the Court ordered Muddy Waters to file a declaration of its reasonable attorney's and costs by no later than October 21, 2024.[1] Dkt. 654 at 14. Muddy Waters submitted the ordered declaration on October 21, 2024. Dkt. 655. The Order did not permit Muddy Waters to submit any additional evidence or argument unrelated to the amount of attorney's fees allegedly incurred by Muddy Waters, nor did it allow Muddy Waters to make any submissions related to its request for attorney's fees *after* October 21, 2024. Worse, Muddy Waters' improper submission relates to alleged misconduct by *Latham and Watkins*, against whom Muddy Waters has purportedly withdrawn its request for attorney's fees. Dkt. 669.

As a result, Muddy Waters' improper submission should be disregarded.

**MICHELMAN & ROBINSON, LLP**

Dated: February 17, 2026

By: */s/ Marc R. Jacobs*
MONA Z. HANNA
MARC R. JACOBS
JESSE J. CONTRERAS
SAMANTHA A. DRYSDALE
Attorneys for Defendant
STEVEN A. SUGARMAN

---

[1] While the Court's sealed Order is dated September 30, 2024, it was not served upon the parties until October 7, 2024.

1

**DEFENDANT STEVEN A. SUGARMAN'S OBJECTION TO "STATUS REPORT AND REQUEST FOR STATUS OF ATTORNEY'S FEES APPLICATION" [DKT. 678] IMPROPERLY SUBMITTED BY NONPARTY MUDDY WATERS CAPITAL LLC.**