HARDER STONEROCK LLP
DILAN A. ESPER (CA Bar No. 178293)
6300 Wilshire Boulevard, Suite 640
Los Angeles, CA 90048
Telephone:   (424) 203-1600
Facsimile:    (424) 203-1601
Email:  DEsper@HarderLLP.com

*Attorneys for Nonparty*
*Muddy Waters Capital LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BANC OF CALIFORNIA SECURITIES LITIGATION | Case No. 8:17-cv-00118-DMG (DFMx) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **FURTHER STATUS REPORT AND REQUEST FOR STATUS OF ATTORNEY'S FEES APPLICATION** |
| ALL ACTIONS. | |

FURTHER STATUS REPORT AND REQUEST FOR STATUS

This is a further status report and request for status filed by third party deponent Muddy Waters Capital, LLC ("Muddy Waters").  On September 30, 2024, this Court held that Latham & Watkins LLP and Steven Sugraman were in contempt of court for their actions in the dissemination of confidential information regarding Muddy Waters.  [Dkt. 654]  (This order granted a motion brought by Muddy Waters in October 2023.  [Dkt. 623])  The parties briefed the amount of attorney's fees to be awarded to Muddy Waters, and this briefing was complete as of November 4, 2024.  The matter has now been pending on the issue of the amount of attorney's fees for more than a year and eight months.

In May 2025, Muddy Waters withdrew its request for sanctions against Latham & Watkins, and Sugarman filed a response to that withdrawal.  Briefing on that issue was complete as of July 18, 2025, and this matter has been pending almost a full year since that date.

On February 13, 2026, Muddy Waters filed a status report informing the Court of the information that had been provided by Sugarman and Latham & Watkins in response to the Court's orders that they disclose information to Muddy Waters on the extent of the dissemination of Muddy Waters' confidential information (which disclosed substantial additional breaches of Muddy Waters' confidentiality and which Muddy Waters argued is relevant to the determination of the amount of the sanction), and asking the Court to provide an update on the status of this matter.  Sugarman filed a response and objections to that status report on February 17, 2026, and this action has been pending for almost four months since those filings.

All told, we are now more than 2 years and 8 months since Muddy Waters' original motion was filed setting forth the serious contempts of court and improper disclosures of Muddy Waters' confidential information that the Court had ordered be protected with the highest level of confidentiality.  Muddy Waters has not received compensation from Sugarman for his wrongful acts, and Sugarman has not received a monetary sanction that might deter or punish his conduct.  For all intents and

-2-
FURTHER STATUS REPORT AND REQUEST FOR STATUS

purposes, despite this Court's fully justified finding that Sugarman's conduct was egregiously wrongful and worthy of a contempt citation, Sugarman continues to escape punishment for his wrongful acts.  This sends the wrong message to anyone who misuses and improperly disseminates confidential information.  Justice delayed is justice denied.

Muddy Waters once again requests that this Court inform the parties of the status of this matter and when the parties can expect a ruling on the amount of the sanctions.  If the Court needs any additional filings or information regarding this matter, Muddy Waters stands ready to provide whatever the Court needs.

DATED:  July 13, 2026          HARDER STONEROCK LLP


By: /s/ Dilan A. Esper
DILAN A. ESPER
Attorneys for Muddy Waters Capital, LLC

-3-
FURTHER STATUS REPORT AND REQUEST FOR STATUS